B186

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED SEP 14 2021 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 21- 395 |
| | ) | **[UNDER SEAL]** |
| v. | ) | |
| | ) | (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); |
| DANIEL DELLICH, JR. | ) | and 18 U.S.C. § 922(g)(1)) |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about August 26, 2021, in the Western District of Pennsylvania, the defendant, DANIEL DELLICH, JR., did knowingly, intentionally, and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## **COUNT TWO**

The grand jury further charges:

On or about August 26, 2021, in the Western District of Pennsylvania, the defendant, DANIEL DELLICH, JR., knowing he had previously been convicted of the following crimes, each of which is punishable by imprisonment for a term exceeding one year, to wit:

1. Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about March 3, 2021, at Case Number CP-10-CR-0000253-2020, in the Court of Common Pleas, County of Butler, Commonwealth of Pennsylvania; and

2. Manufacture, Delivery, or Possession with Intent to Manufacture or Deliver a Controlled Substance, on or about May 3, 2021, at Case Number CP-10-CR-0001186-2019, in the Court of Common Pleas, County of Butler, Commonwealth of Pennsylvania,

did knowingly possess in and affecting interstate commerce, ammunition of various calibers and firearms, namely, a Winchester model 370, 12 gauge shotgun, bearing serial number C405873, and a Marlin model 15yn, .22 caliber rifle, bearing serial number 99404179.

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATIONS**

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); and Title 28, United States Code, Section 2461(c). Pursuant to Title 21, United States Code, Section 853, the defendant shall forfeit to the United States of America any property constituting, or derived from any proceeds the defendant obtained, directly or indirectly, from the commission of such violation, and any property used, or intended to be used, in any manner and part, to commit, and to facilitate the commission of, such violation. The property to be forfeited includes the following items seized from the defendant, DANIEL DELLICH, JR.:

    (a) Winchester model 370, 12 gauge shotgun, bearing serial number C405873;

    (b) Marlin model 15yn, .22 caliber rifle, bearing serial number 99404179; and

    (c) Ammunition of various calibers.

2. The Grand Jury re-alleges and incorporates by reference the allegation contained in Count Two of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c). As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), as charged in Count Two of the Indictment, the firearms and ammunition involved in that Count, which were involved in the commission of the offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). The property to be forfeited includes:

    (a) Winchester model 370, 12 gauge shotgun, bearing serial number

C405873;

(b)  Marlin model 15yn, .22 caliber rifle, bearing serial number 99404179;

and

(c)  Ammunition of various calibers.

A True Bill,

*[signature]*
Foreperson

*[signature]*

STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108