IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
SEP 14 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21- 395 |
| DANIEL DELLICH, JR. | [UNDER SEAL] |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant DANIEL DELLICH, JR., upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 922(g)(1).

Recommended bond: Detention.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: */s/ Brendan J. McKenna*
BRENDAN J. MCKENNA
Assistant U.S. Attorney
PA ID No. 314315