IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-395 |
| DANIEL DELLICH, JR. | |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to said indictment.  In further support of this Motion, the United States avers as follows:

1. On September 14, 2021, an indictment was returned by the grand jury charging the above-named defendant with violating Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code Section 922(g)(1). An Arrest Warrant was issued pursuant to said indictment.

2. On September 14, 2021, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrant, together with the Motion to Seal, until further Order of Court.

3. On September 16, 2021, the defendant was apprehended and taken into custody.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrant issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to the indictment.

    Respectfully submitted,

    STEPHEN R. KAUFMAN
    Acting United States Attorney

By:   */s/ Brendan J. McKenna*
    BRENDAN J. MCKENNA
    Assistant U.S. Attorney
    PA ID No. 314315

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-395 |
| DANIEL DELLICH, JR. | |

O R D E R

AND NOW, to wit, this _____ day of _____, 2021, upon consideration of the Motion to Unseal Indictment and Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrant issued pursuant to said Indictment are hereby UNSEALED.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Brendan J. McKenna, AUSA